Argued and submitted May 13, reversed and remanded November 5, 2008

Brandon LUCAS,
*Plaintiff-Appellant,*

*v.*

PORT OF PORTLAND,
*Defendant-Respondent.*

Multnomah County Circuit Court
050909503; A133192

196 P3d 82

J. William Savage argued the cause for appellant. With him on the briefs were J. William Savage, P.C., Carol L. Hepburn, and Carol L. Hepburn, P.S.

Jay W. Beattie argued the cause for respondent. With him on the brief were Thomas E. McDermott and Lindsay, Hart, Neil & Weigler, LLP.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

Reversed and remanded. *Norgaard v. Port of Portland,* 223 Or App 543, 196 P3d 67 (2008).